IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAQUALON CUNNINGHAM                                              PLAINTIFF

v.                          No. 4:23-cv-30-DPM

JANINA BONWICH                                                   DEFENDANT

## ORDER

Cunningham filed suit more than 90 days ago. The docket shows no service on Bonwich. The Court will dismiss the claims against Bonwich without prejudice unless Cunningham shows timely service or seeks some other relief by 28 April 2023. Fed. R. Civ. P. 4(m).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2023