IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAQUALON CUNNINGHAM                                      PLAINTIFF

v.                          No. 4:23-cv-30-DPM

JANINA BONWICH and
UNIVERSITY OF ARKANSAS                                   DEFENDANTS

ORDER

Cunningham has not shown timely service on the University of Arkansas or sought any other relief; and the time to do so has passed. *Doc. 20 at 2-3.* His claims against the University will be dismissed without prejudice. And the Court declines to exercise supplemental jurisdiction over the state-law claims against Dr. Bonwich. 28 U.S.C. § 1367(c); *McManemy v. Tierney*, 970 F.3d 1034, 1040-41 (8th Cir. 2020). Judgment will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2024