IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAQUALON CUNNINGHAM                                     PLAINTIFF

v.                       No. 4:23-cv-30-DPM

JANINA BONWICH and
UNIVERSITY OF ARKANSAS                                 DEFENDANTS

## JUDGMENT

Cunningham's § 1983 claim against Dr. Bonwich is dismissed with prejudice. His remaining claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2024