# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAQUALON CUNNINGHAM**
**ADC #185478**                                                                    **PLAINTIFF**

**v.**                                  **No. 4:23-cv-30-DPM**

**JANINA BONWICH and UNIVERSITY**
**OF ARKANSAS**                                                          **DEFENDANTS**

### ORDER

Motions, *Doc. 25 & 26*, granted as specified.  The Court directs the Clerk to send Cunningham copies of *Doc. 20, 21, 22 & 24* and the docket sheet.  It also directs the Clerk to send copies to Cunningham's free world address:  620 East 3rd Street, Apartment 403, Texarkana, Arkansas 71854.  To the extent that Cunninham is asking for legal advice, the Court can't give him any.  And if Cunningham is asking for a court-appointed attorney, the Court can't give him that, either.  On the status request:  This case is closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2026